**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian LILA BYOCK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CURRICULUM ASSOCIATES, LLC,<br><br>　　　　Defendant. | Civ. No. 1:25-cv-13942-FDS<br>**REQUEST FOR ORAL ARGUMENT** |

**DEFENDANT CURRICULUM ASSOCIATES, LLC'S
<u>MOTION TO DISMISS COMPLAINT</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Curriculum Associates, LLC brings this Motion to Dismiss Complaint filed by Plaintiff M.C. 1 and M.C. 2, by and through their legal guardian Nicole Reisberg, and M.C. 3 and M.C. 4, by and through their legal guardian Lila Byock. As grounds for this motion, Defendant relies on and incorporates fully its Memorandum of Law in Support of Defendant's Motion to Dismiss.

**<u>REQUEST FOR ORAL ARGUMENT</u>**

Defendant respectfully requests oral argument at an in-person hearing on its Motion to Dismiss pursuant to Local Rule 7.1(d).

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　Curriculum Associates, LLC
　　　　　　　　　　By its attorneys,

　　　　　　　　　　COOLEY LLP

Dated: February 27, 2026

*/s/ Matthew D. Brown*
Matthew D. Brown
brownmd@cooley.com
(Admitted *Pro Hac Vice*)
Erik Lampmann-Shaver
elampmannshaver@cooley.com
(Admitted *Pro Hac Vice*)
3 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Naomi Miyeko Harralson May
nmay@cooley.com
(Admitted *Pro Hac Vice*)
10265 Science Center Drive
San Diego, CA  92121-117
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Stephanie Schuyler
sschuyler@cooley.com
(Admitted *Pro Hac Vice*)
Erika P. Brigantti Abraham
(Admitted *Pro Hac Vice*)
ebriganttiabraham@cooley.com
55 Hudson Yards
New York, NY  10001-2157
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275

Celene C. Chen
celene.chen@cooley.com
BBO # 710834
500 Boylston Street
Boston, MA  02116-3736
Telephone:  (617) 937-2300
Facsimile:  (617) 937-2400

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendant has complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs on February 26, 2026. The parties were unable to agree with respect to the issues raised in the Motion to Dismiss and are thus at an impasse and require the Court's assistance to resolve the dispute.

/s/ *Matthew D. Brown*
Matthew D. Brown

## CERTIFICATE OF SERVICE

I, Matthew D. Brown, hereby certify that on this 27th day of February 2026, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing, and paper copies will be sent to any non-registered participants.

Dated: February 27, 2026

/s/ *Matthew D. Brown*
Matthew D. Brown