# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian LILA BYOCK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CURRICULUM ASSOCIATES, LLC,<br><br>        Defendant. | Civ. No. 1:25-cv-13942-FDS |

## ASSENTED-TO MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c)(2), I, Matthew D. Brown, respectfully request leave to withdraw Erik Lampmann-Shaver as counsel for Defendant Curriculum Associates, LLC.

Good cause exists for this request because Erik Lampmann-Shaver no longer works at Cooley LLP.

Curriculum Associates will continue to be represented by Matthew D. Brown, Naomi Miyeko Harralson May, Stephanie J. Schuyler, Erika P. Brigantti Abraham, and Celene C. Chen of Cooley LLP.

Pursuant to Local Rule 7.1, I have conferred with counsel for Plaintiffs, who stated that they do not oppose this motion.

Dated: June 4, 2026

/s/ Matthew D. Brown
Matthew D. Brown

Matthew D. Brown
brownmd@cooley.com
(Admitted *Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Naomi Miyeko Harralson May
nmay@cooley.com
(Admitted *Pro Hac Vice*)
Cooley LLP
10265 Science Center Drive
San Diego, CA  92121-1117
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Stephanie J. Schuyler
sschuyler@cooley.com
(Admitted *Pro Hac Vice*)
Erika P. Brigantti Abraham
(Admitted *Pro Hac Vice*)
ebriganttiabraham@cooley.com
Cooley LLP
55 Hudson Yards
New York, NY  10001-2157
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275

Celene C. Chen
celene.chen@cooley.com
BBO # 710834
Cooley LLP
500 Boylston Street
Boston, MA  02116-3736
Telephone:  (617) 937-2300
Facsimile:  (617) 937-2400

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on June 4, 2026, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Matthew D. Brown*
Matthew D. Brown