**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian LILA BYOCK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>CURRICULUM ASSOCIATES, LLC,<br><br>                    Defendant. | Civ. No. 1:25-cv-13942-FDS |

**DEFENDANT CURRICULUM ASSOCIATES, LLC'S
NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Curriculum Associates, LLC ("Curriculum Associates") brings this Motion for a Protective Order (the "Motion"). This Motion is necessitated by state-law and contractual obligations that require Curriculum Associates to delete student data upon request. The data Curriculum Associates requests permission to delete in response to such deletion requests is cumulative of other data, and forcing Curriculum Associates to preserve it in violation of contract and state law would not be proportional to the needs of the case, particularly in light of Curriculum Associates' proposal to maintain a deletion log for all deletions. As grounds for this Motion, Curriculum Associates relies on and incorporates fully its Memorandum of Law in Support of its Motion for Protective Order. To the extent the Court would benefit from oral argument, Curriculum Associates will make itself available at the Court's convenience.

1

Respectfully submitted,

Curriculum Associates, LLC
By its attorneys,

COOLEY LLP

Dated: July 7, 2026

*/s/ Matthew D. Brown*
Matthew D. Brown
brownmd@cooley.com
(Admitted *Pro Hac Vice*)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Naomi Miyeko Harralson May
nmay@cooley.com
(Admitted *Pro Hac Vice*)
10265 Science Center Drive
San Diego, CA  92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Stephanie J. Schuyler
sschuyler@cooley.com
(Admitted *Pro Hac Vice*)
Erika P. Brigantti Abraham
(Admitted *Pro Hac Vice*)
ebriganttiabraham@cooley.com
55 Hudson Yards
New York, NY  10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Celene C. Chen
celene.chen@cooley.com
500 Boylston Street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

2

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendant has complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs on June 22, 2026.  The parties were unable to agree with respect to the issues raised in the Motion for Protective Order and are thus at an impasse and require the Court's assistance to resolve the dispute.

*/s/ Matthew D. Brown*
Matthew D. Brown

## CERTIFICATE OF SERVICE

I, Matthew D. Brown, hereby certify that on this 7th day of July 2026, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing, and paper copies will be sent to any non-registered participants.

*/s/ Matthew D. Brown*
Matthew D. Brown

3