**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian LILA BYOCK, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CURRICULUM ASSOCIATES, LLC,<br><br>      Defendant. | Civ. No. 1:25-cv-13942-FDS |

**DEFENDANT CURRICULUM ASSOCIATES, LLC'S**
**NOTICE OF MOTION AND MOTION TO STAY DISCOVERY**

Defendant Curriculum Associates, LLC ("Curriculum Associates") respectfully moves for the Court to stay discovery pending resolution of its Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and any subsequent motion to dismiss filed in the event the Court grants the motion without prejudice. As grounds for this Motion, Curriculum Associates relies on and incorporates fully its Memorandum of Law in Support of its Motion to Stay. To the extent the Court would benefit from oral argument, Curriculum Associates will make itself available at the Court's convenience.

Respectfully submitted,

Curriculum Associates, LLC
By its attorneys,

COOLEY LLP
*/s/ Matthew D. Brown*
Matthew D. Brown
brownmd@cooley.com
(Admitted *Pro Hac Vice*)

Dated: July 14, 2026

1

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Naomi Miyeko Harralson May
nmay@cooley.com
(Admitted *Pro Hac Vice*)
10265 Science Center Drive
San Diego, CA  92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Stephanie J. Schuyler
sschuyler@cooley.com
(Admitted *Pro Hac Vice*)
Erika P. Brigantti Abraham
ebriganttiabraham@cooley.com
(Admitted *Pro Hac Vice*)
55 Hudson Yards
New York, NY  10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Celene C. Chen
celene.chen@cooley.com
500 Boylston Street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

2

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendant has complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs on July 7, 2026.  Plaintiffs did not agree to stay discovery, and the Parties are thus at an impasse and require the Court's assistance to resolve the dispute.

/s/ Matthew D. Brown
Matthew D. Brown

## CERTIFICATE OF SERVICE

I, Matthew D. Brown, hereby certify that on this 14th day of July 2026, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing, and paper copies will be sent to any non-registered participants.

/s/ Matthew D. Brown
Matthew D. Brown

3