**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian LILA BYOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CURRICULUM ASSOCIATES, LLC,<br><br>Defendant. | Civ. No. 1:25-cv-13942-FDS |

**DEFENDANT CURRICULUM ASSOCIATES, LLC'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Curriculum Associates, LLC ("Curriculum Associates") respectfully submits this Notice of Supplemental Authority to bring the Court's attention to a recent decision from the Central District of California: *Nicole Reisberg, et al. v. Renaissance Learning, Inc.*, No. 8:25-cv-01379-FWS-JDE, 2026 U.S. Dist. LEXIS 206150 (C.D. Cal. Sept. 11, 2026). This decision relates to Curriculum Associates' Motion to Dismiss Plaintiffs' Complaint (Dkt. Nos. 37, 38), which was fully briefed as of April 28, 2026. A copy of the decision is attached for the Court's reference as **Exhibit A**.

Respectfully submitted,

Curriculum Associates, LLC
By its attorneys,

Dated: September 16, 2026

COOLEY LLP
*/s/ Matthew D. Brown*
Matthew D. Brown
brownmd@cooley.com
(Admitted *Pro Hac Vice*)

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Naomi Miyeko Harralson May
nmay@cooley.com
(Admitted *Pro Hac Vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Stephanie J. Schuyler
sschuyler@cooley.com
(Admitted *Pro Hac Vice*)
Erika P. Brigantti Abraham
ebriganttiabraham@cooley.com
(Admitted *Pro Hac Vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Celene C. Chen
celene.chen@cooley.com
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

**CERTIFICATE OF SERVICE**

I, Matthew D. Brown, hereby certify that on this 16th day of September 2026, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing, and paper copies will be sent to any non-registered participants.

*/s/ Matthew D. Brown*
Matthew D. Brown