**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian LILA BYOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CURRICULUM ASSOCIATES, LLC,<br><br>Defendant. | Civ. No. 1:25-cv-13942-FDS |

**DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendant Curriculum Associates, LLC ("Curriculum Associates"), with Plaintiffs' assent, respectfully requests that the Court extend the time for Curriculum Associates to answer Plaintiffs' Complaint by thirty days to November 13, 2026.

As support for this motion, Curriculum Associates states as follows:

1. Plaintiffs filed their Complaint in this Court on December 22, 2025.
2. Cooley LLP accepted service via email on behalf of Curriculum Associates on December 29, 2025.
3. Curriculum Associates filed its Motion to Dismiss on February 27, 2026.
4. Plaintiffs filed their Opposition to the Motion to Dismiss on April 3, 2026.
5. Curriculum Associates filed its Reply in further support of the Motion to Dismiss on April 28, 2026.

6. On September 30, 2026, the Court granted in part and denied in part the Motion to Dismiss.

7. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Curriculum Associates' current deadline for filing an Answer to the Complaint is October 14, 2026.

8. The Complaint contains over 400 paragraphs, and there remain five causes of action. Given the complexity and number of claims, Curriculum Associates requests additional time to prepare a response to the allegations in the Complaint.

WHEREFORE, for the reasons stated herein, and with Plaintiffs' assent, Curriculum Associates respectfully requests that the Court grant this motion.

Respectfully submitted,

Curriculum Associates, LLC
By its attorneys,

COOLEY LLP

Dated: October 9, 2026

*_/s/ Matthew D. Brown_*

Matthew D. Brown
brownmd@cooley.com
(Admitted *Pro Hac Vice*)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Naomi Miyeko Harralson May
nmay@cooley.com
(Admitted *Pro Hac Vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Stephanie Schuyler
sschuyler@cooley.com

(Admitted *Pro Hac Vice*)
Erika P. Brigantti Abraham
(Admitted *Pro Hac Vice*)
ebriganttiabraham@cooley.com
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Celene C. Chen
celene.chen@cooley.com
BBO # 710834
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for Defendant conferred with counsel for Plaintiffs, who assent to the requested relief.

*/s/ Matthew D. Brown*
Matthew D. Brown

Dated: October 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Matthew D. Brown*
Matthew D. Brown

Dated: October 9, 2026