**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| M.C. 1 and M.C. 2, by and through their legal guardian NICOLE REISBERG, and M.C. 3 and M.C. 4, by and through their legal guardian LILA BYOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CURRICULUM ASSOCIATES, LLC,<br><br>Defendant. | Civ. No. 1:25-cv-13942-FDS |

**ASSENTED-TO MOTION TO WITHDRAW ANDREW R. TATE AS COUNSEL**

Pursuant to Local Rule 83.5.2(c), I, Wail Jihadi, respectfully request leave to withdraw Andrew R. Tate as counsel for Plaintiffs M.C.1, M.C.2, M.C.3, and M.C.4.

Good cause exists for this request because Andrew R. Tate no longer works at Peiffer Wolf Carr Kane Conway & Wise, LLP.

Plaintiffs will continue to be represented by Attorneys Wail Jihadi of Peiffer Wolf Carr Kane Conway & Wise, LLP, Karen Dahlberg O'Connell of Almeida Law Group LLC, and Julie U. Liddell and W. Andrew Liddell of EdTech Law Center PLLC.

Pursuant to Local Rule 7.1, I have conferred with counsel for Defendant, who stated that they do not oppose this motion.

Dated: November 13, 2026

Respectfully Submitted:

By: */s/ Wail Jihadi*
Wail Jihadi*
**PEIFFER WOLF CARR KANE**

**CONWAY & WISE, LLP**
1701 Pennsylvania Avenue N.W., Suite 200
Washington DC 20006
(202) 216-1541
Email: wjihadi@peifferwolf.com

Karen Dahlberg O'Connell
Mass. BBO No. 659969
**ALMEIDA LAW GROUP LLC**
157 Columbus Ave, 4th Floor
New York NY 10023
(347) 395-5666
karen@almeidalawgroup.com

Julie U. Liddell*
W. Andrew Lidell*
**EDTECH LAW CENTER PLLC**
904 Rio Grande, Suite 100
Austin, TX 78701
(512) 200-8028
julie.liddell@edtech.law
andrew.liddell@edtech.law

*Attorneys for Plaintiffs and the Proposed Classes*

**pro hac vice admission*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the Court's E-filing system which will send notification of this filing to all counsel of record.

*/s/ Wail Jihadi*
Wail Jihadi